# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-00486-RM-MEH

ALLEN GONZALES, individually,

    Plaintiff,

v.

FREMONT PAVING & REDI-MIX, INC. d/b/a ARY CORPORATION, a Colorado corporation,

    Defendant.

---

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT

---

PLEASE TAKE NOTICE that Jennifer L. Gokenbach of the law firm The Workplace Counsel hereby certifies that she is a member in good standing of the bar of this Court, enters her appearance in the above-captioned action on behalf of Defendant, Fremont Paving & Redi-Mix, Inc. d/b/a Ary Corporation, and requests service of all pleadings, notices, motions, orders and other documents filed in these proceedings.

Respectfully submitted this 28th day of March, 2022.

                                      THE WORKPLACE COUNSEL

                                      *s/ Jennifer L. Gokenbach*
                                      Jennifer L. Gokenbach
                                      1401 Lawrence Street, Suite 1600
                                      Denver, Colorado 80202
                                      Tel: 303.625.6400
                                      Fax: 303.990.8131
                                      CM/ECF Email: jennifer@theworkplacecounsel.com
                                      *Counsel for Defendant Ary Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have entered an appearance in the case.

*s/ Joanna Bila*
Joanna Bila, Paralegal