IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  22-cv-00486-MEH

ALLEN GONZALES,

    Plaintiff,

v.

FREMONT PAVING & REDI-MIX, INC. d/b/a ARY CORPORATION,

    Defendant.

---

**WAIVER AND ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANT**

---

    **TO:    IRIS HALPERN, COUNSEL FOR PLAINTIFF ALLEN GONZALES**

    I have received your request to waive service of a Summons and Complaint in this action. I represent Defendant, Fremont Paving & Redi-Mix, Inc. d/b/a Ary Corporation. Defendant Ary Corporation agrees to save the expense of serving the Summons and Complaint in this case.

    Defendant Ary Corporation understands that it will keep all defenses or objections to the lawsuit, the court's jurisdiction and the venue of the action, but that it is waiving any objections to the absence of a summons or of service.

    Defendant Ary Corporation also understands that it must file and serve an answer or a motion under Rule 12 on or before April 26, 2022, which is 60 days from February 25, 2022, the date when this request was sent.  If Defendant fails to do so, a default judgment may be entered against it.

    Dated this 14th day of March, 2022.

    THE WORKPLACE COUNSEL

    *s/ Jennifer L. Gokenbach*
    Jennifer L. Gokenbach
    1401 Lawrence Street, Suite 1600
    Denver, Colorado 80202
    Tel: 303.625.6400
    Email: jennifer@theworkplacecounsel.com
    *Attorney for Defendant*