IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-00486-RM-MEH

ALLEN GONZALES, individually,

    Plaintiff,

v.

FREMONT PAVING & REDI-MIX, INC. d/b/a ARY CORPORATION, a Colorado corporation,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR INSURANCE REPRESENTATIVE TO APPEAR REMOTELY FOR SETTLEMENT CONFERENCE**

---

    Defendant, Fremont Paving & Redi-Mix, Inc. d/b/a Ary Corporation ("Ary Corporation"), by and through its undersigned counsel, respectfully requests approval for its insurance representative to appear for the Settlement Conference via remote means. In support of this Unopposed Motion, Ary Corporation states as follows:

    1.    **Certification of Compliance with D.C.COLO.LCivR. 7.1(a)**. The undersigned counsel for Ary Corporation states that she conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff does not oppose the relief requested herein.

    2.    A Settlement Conference is scheduled for May 26, 2022 at 11:00 a.m. (Doc. No. 13).

    3.    Pursuant to the Minute Order setting the Settlement Conference, "[i]n exceptional

circumstances only, the appearance of an insurance representative remotely may be approved in advance of the conference." (Doc. No. 13).

4. Exceptional circumstances exist for approval of Ary Corporation's insurance representative to appear at the Settlement Conference via remote means because:

   a. The Complaint in this matter was filed on February 25, 2022.

   b. In March 2022, the parties began discussing early settlement options and agreed to request a Settlement Conference with the Magistrate Judge.

   c. Also in March 2022, Ary Corporation gave notice of Plaintiff's Complaint to its insurer.

   d. On April 8, 2022, the parties filed a Joint Motion for Settlement Conference with Magistrate Judge (Doc. No. 11).

   d. The Settlement Conference was set before the insurer accepted the claim.

   e. Ary Corporation's insurer is located in Simsbury, Connecticut and has advised it has insufficient time to coordinate its representative to travel to Denver, Colorado to attend the Settlement Conference in person.

   f. Ary Corporation's insurance representative is able to attend the Settlement Conference via remote means.

   g. The parties wish to avoid rescheduling the Settlement Conference.

5. If this Unopposed Motion is granted, the undersigned counsel for Ary Corporation will contact Chambers to obtain instructions for its insurance representative's remote appearance.

WHEREFORE, Defendant Fremont Paving & Redi-Mix, Inc. d/b/a Ary Corporation respectfully requests this Court to approve its insurance representative's remote appearance at the Settlement Conference scheduled for May 26, 2022, at 11:00 a.m.

Respectfully submitted this 23rd day of May, 2022.

>THE WORKPLACE COUNSEL
>
> *s/ Jennifer L. Gokenbach*
> Jennifer L. Gokenbach
> 1401 Lawrence Street, Suite 1600
> Denver, Colorado 80202
> Tel: 303.625.6400
> Fax: 303.990.8131
> CM/ECF Email: jennifer@theworkplacecounsel.com
> *Counsel for Defendant Ary Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2022, I electronically filed the foregoing **DEFENDANTS UNOPPOSED MOTION FOR INSURANCE REPRESENTATIVE TO APPEAR FOR SETTLEMENT CONFERENCE VIA REMOTE MEANS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have entered an appearance in the case.

*s/ Jennifer L. Gokenbach*
Jennifer L. Gokenbach
