# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-00486-RM-MEH

ALLEN GONZALES, individually,

    Plaintiff,

v.

FREMONT PAVING & REDI-MIX, INC. d/b/a ARY CORPORATION, a Colorado corporation,

    Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Fremont Paving & Redi-Mix, Inc. d/b/a Ary Corporation ("Ary Corporation"), by and through its undersigned counsel, hereby submits its corporate disclosure statement pursuant to FED. R. CIV. P. 7.1(a).  Ary Corporation states that it is a privately held corporation organized under the laws of the State of Colorado.  It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 23rd day of May, 2022.

    THE WORKPLACE COUNSEL

    *s/ Jennifer L. Gokenbach*
    Jennifer L. Gokenbach
    1401 Lawrence Street, Suite 1600
    Denver, Colorado 80202
    Tel: 303.625.6400
    Fax: 303.990.8131
    CM/ECF Email: jennifer@theworkplacecounsel.com
    *Counsel for Defendant Ary Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2022, I electronically filed the foregoing **DEFENDANTS CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have entered an appearance in the case.

*s/ Jennifer L. Gokenbach*
Jennifer L. Gokenbach